# Exhibit F

| AcctNo | QBCCLA006 |
|---|---|
| Clarklift-West, Inc. dba Clarklift Teampower | |
| NVALLOCB | 10/10/2013 |
| Pref Start | 10/23/2007 |
| Petn Date | 1/21/2008 |

Aging Analysis Comparing Pref Period To Historical Period From 10/26/2005 To 10/17/2007 721 Days

| Transfers | New Value | Net of NV | Post-Petition | Total Owed |
|---|---|---|---|---|
| $69,207.60 | $30,514.18 | $38,693.42 | $0.00 | $38,693.42 |

Age Method **I2DEL**

**This document was prepared to further settlement discussions. Consequently, Rule 408 of the Federal Rules of Evidence applies and neither this document nor any of its contents may be introduced as evidence**

**Columns** — Preference Period | Historical Period | Considered Withiin the Ordinary Course of Business For Settlement Purposes — *Data source = Mrg (10/10/2013)*

| Columns | |
|---|---|
| A | Aging categories summing # of invoices and $ amt of invoices paid within age category. |
| B & C | The % of Amount Paid within each age category ($ in Category divided by Total $) |
| D | The percentage difference between the preference period and the historical "baseline". |
| E & F | These columns show the total # of invoices paid within preference and historical time periods |
| G & H | These columns show the total amount paid within preference and historical time periods. |

**Pref Period Aging Statistics - 5 Day Intervals - ALL Paid Invoices - Percent of Invoices By Bucket**

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| | Pref Per | Historical | % Diff | Pref Per | Historical | Pref Per | Historical |
| Inv to Deliv | % by Amount | | (B-C) /C | Number of Invoices | | All Inv Total | Inv Total |
| | | | | 82 | 533 | $ 69,208 | $ 253,545 |
| <0 | 0.00% | 0.00% | | 0 | 0 | $ - | $ - |
| 0 to 5 | 0.00% | 0.00% | | 0 | 0 | $ - | $ - |
| 6 to 10 | 0.00% | 1.08% | | 0 | 2 | $ - | $ 2,734 |
| 11 to 15 | 0.00% | 1.90% | | 0 | 2 | $ - | $ 4,827 |
| 16 to 20 | 0.00% | 1.90% | | 0 | 1 | $ - | $ 4,812 |
| 21 to 25 | 0.00% | 0.00% | | 0 | 0 | $ - | $ - |
| 26 to 30 | 0.00% | 0.29% | | 0 | 1 | $ - | $ 744 |
| 31 to 35 | 0.00% | 0.00% | | 0 | 0 | $ - | $ - |
| 36 to 40 | 0.00% | 0.00% | | 0 | 0 | $ - | $ - |
| 41 to 45 | 0.00% | 1.41% | | 0 | 4 | $ - | $ 3,572 |
| 46 to 50 | 0.03% | 70.44% | | 1 | 319 | $ 19 | $ 178,586 |
| 51 to 55 | 0.00% | 5.51% | | 0 | 57 | $ - | $ 13,958 |
| 56 to 60 | 0.00% | 3.00% | | 0 | 27 | $ - | $ 7,618 |
| 61 to 65 | 5.93% | 4.03% | 47% | 3 | 38 | $ 4,103 | $ 10,207 |
| 66 to 70 | 4.44% | 1.02% | 336% | 2 | 16 | $ 3,070 | $ 2,581 |
| 71 to 75 | 7.84% | 2.41% | 225% | 12 | 46 | $ 5,426 | $ 6,113 |
| 76 to 80 | 48.62% | 1.94% | 2407% | 31 | 11 | $ 33,648 | $ 4,918 |
| 81 to 85 | 24.25% | 5.05% | 381% | 15 | 8 | $ 16,785 | $ 12,792 |
| 86 to 90 | 5.37% | 0.03% | | 13 | 1 | $ 3,718 | $ 84 |
| 91 to 95 | 3.25% | 0.00% | | 3 | 0 | $ 2,247 | $ - |
| 96 to 100 | 0.28% | 0.00% | | 2 | 0 | $ 192 | $ - |
| Over 100 | 0.00% | 0.00% | | 0 | 0 | $ - | $ - |
| OnAcct | 0.00% | 0.00% | | 0 | 0 | $ - | $ - |
| | ======= | ======= | | ======== | ======= | ========= | =========== |
| | 100% | 100% | | 82 | 533 | $ 69,208 | $ 253,545 |

**By % of Dollar Amount of Invoices**

| By $ Amt | Pref Period | Hist Period | Diff % |
|---|---|---|---|
| Above | 0% | 7% | N/A |
| OCB Range | 6% | 83% | -93% |
| Below | 94% | 10% | 800% |

**Comparison of Average Invoice to Delivery Between Historical Baseline & Preference Period**

| Age Method | Pref Period | Prior Hist | Diff by |
|---|---|---|---|
| I2DEL | Wavg | Wavg | Wavg |
| All History | 77.79 | 50.29 | 55% |

Difference is (Pref Period-PriorHist)/Prior History
Weighted Average obtained by multiplying Amt Paid * #Days Invoice to Delivery, then summing the Weight and Dividing by AmtPaid

**EXHIBIT F**

*(Explanation of Ex. F)*

This chart provides a graphical representation of an OCB range for payments made by the Debtors to Defendant. Column A provides a breakdown of invoice aging in age "buckets": invoices paid 0-5 days after invoice date, 6-10 days after invoice date, 11-15 days, etc. Column F provides both the total number of historical invoices, and the distribution of the number of invoices falling within each aging bucket. Column H provides historical data as to the total amount of the invoices, again both with the overall total and the distribution in aging buckets. Column C provides this data in terms of percentages by dollar amount.

The preference period data can then be compared to this historical information. Column E provides invoices by number, column G provides the data by dollar amount, and column B provides the percentages. A comparison of the two periods can be found at the bottom of the page.

As provided in Exhibit F, the Historical Weighted Average ("WAvg") is 50.29. While 83% of all invoices (by dollar amount) were paid between 46-65 days historically, during the preference period only 6% of invoices were paid during this time period. Additionally, the historical weighted average was 50.29 days, compared to a shift in weighted average to 77.79 days in the preference period.